UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
SEAN PATRICK CONNOLLY

CASE NO. 10-45199-BKC- 29875

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

AUG 2 6 2011

FILED_____ RECEIVED_____

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 6,805.75 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $     .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

AUG 2 5 2011

Date: _____

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

SEAN PATRICK CONNOLLY  
1015 BLUEBIRD AVE  
MIAMI SPRINGS, FL 33166

JAMES W. SCHWITALLA, ESQUIRE  
12954 S.W. 133RD COURT  
MIAMI, FL 33186

MERRILL LYNCH CREDIT CORP  
ATTN:CASH MGMT MS SBRP  
2001 BISHOPS GATE BLVD  
MT LAUREL, NJ 08054

MERRILL LYNCH CREDIT CORP  
ATTN:CASH MGMT MS SBRP  
2001 BISHOPS GATE BLVD  
MT LAUREL, NJ 08054

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  10-45199-BKC-
SEAN PATRICK CONNOLLY


CHAPTER 13


SEAN PATRICK CONNOLLY

1015 BLUEBIRD AVE
MIAMI SPRINGS, FL 33166


JAMES W. SCHWITALLA, ESQUIRE
12954 S.W. 133RD COURT
MIAMI, FL 33186


MERRILL LYNCH CREDIT CORP         ---------$        6,753.68   RETURNED FROM CREDITOR
ATTN:CASH MGMT MS SBRP                                         BECAUSE CASE DISMISSED
2001 BISHOPS GATE BLVD                                         CLAIM REGISTER # 9-1
MT LAUREL, NJ 08054

MERRILL LYNCH CREDIT CORP         ---------$          52.07
ATTN:CASH MGMT MS SBRP
2001 BISHOPS GATE BLVD                                         RETURNED FROM CREDITOR
MT LAUREL, NJ 08054                                            BECAUSE CASE DISMISSED
                                                               CLAIM REGISTER # 9-1
U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130